UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHELTON MODELIST, | § | |
| | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-1180 |
| | § | |
| COUNTRYWIDE HOME LOANS, *et al.* | § | |
| | § | |
|    *Defendant*. | § | |

**FINAL JUDGMENT**

On the 10th day of September, 2007, the court called this civil action to trial. Plaintiff Shelton R. Modelist appeared and represented himself *pro se*. Defendant Countrywide Home Loans appeared by and through its counsel of record. This case was tried before a jury, the Honorable Gray H. Miller, District Judge, presiding. The issues having been duly tried and the jury having duly rendered its verdict, it is therefore

ORDERED that Plaintiff Shelton R. Modelist takes nothing as to his claims asserted against Defendant Countrywide Home Loans. It is further

ORDERED that the lien on that certain real property described as:

> LOT 24, IN BLOCK 7 OF THE CRESTMONT ADDITION, SECTION 2, A SUBDIVISION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 56, PAGE 30 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS

and which has the address of 5619 Lakefield Drive, Houston, Texas 77003, is hereby established. It is further

ORDERED that Defendant Countrywide Home Loans, as mortgage servicer on behalf of the owner and holder of the Texas Home Equity Adjustable Rate Note and Security Instrument, shall

be allowed to foreclose pursuant to the Texas Home Equity Security Instrument and TEXAS PROPERTY CODE § 51.002.  It is further

    ORDERED that Plaintiff shall not be liable for any deficiency resulting from the foreclosure sale authorized herein.

    This FINAL JUDGMENT disposes of all issues and all parties before the court.

    Signed at Houston, Texas on September 25, 2007.

                                               _____
                                                  Gray H. Miller
                                              United States District Judge